AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*  SCALIA, Antonin | 2. Court or Organization  U. S. Supreme Court | 3. Date of Report  5/15/04 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  Associate Justice | 5. Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial  _X_ Annual  ___ Final | 6. Reporting Period  1/1/03 – 12/31/03 |
| 7. Chambers or Office Address  U.S. Supreme Court  1 First Street NE  Washington, D.C. | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Honorary Member | U.S. Association of Constitutional Law  55 Fifth Avenue, New York, New York |
| 2 | Advisory Board Member | Temple University Law School Program in China.  People's Republic of China |
| 3 | Distinguished Scholars Advisory Board | National Constitution Center  Philadelphia, Pennsylvania |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| A. | Filer's Non-Investment Income | | |
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | | see attached schedule | $ |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| | ☒ NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

RECEIVED 2004 MAY 17 P 4: 29 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME

| March 17, 2003 | University of Toledo compensation for teaching | $7500 |
| March 18, 2003 | John Carroll University compensation for teaching | $5000 |
| April 10, 2003 | Univ. of Mississippi School of Law compensation for teadhing | $2000 |
| July 5-20, 2003 | Hofstra Univ. School of Law Summer Program compensation for teaching | $8500 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
| --- | --- | --- |
|  | NONE (No such reportable reimbursements.) | |
| 1 | see attached schedule | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
|  | NONE (No such reportable gifts.) | | |
| 1 | Washington Golf and Tennis Club Arlington, Virginia | honorary membership | $4,000 |
| 2 | University Club Washington, D.C. | honorary membership | $1,500 |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
|  | NONE (No reportable liabilities.) | | |
| 1 | NW Mutual Life Ins. Co. | loan on insurance | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

Alaska Bar Association
Fairbanks, Alaska
May 7-12, 2003
transportation, food, lodging

Association of Business Trial Lawyers
Santa Monica, California
November 15, 2003
transportation

John Carroll University
Cleveland, Ohio
March 18-19, 2003
transportation, food, lodging

University of Chicago Law School
Chicago, Illinois
May 5-6, 2003
transportation

City Club of Cleveland
Cleveland, Ohio
March 19, 2003
transportation

The Federalist Society
Denver, Colorado
August 13-18, 2003
transportation, food, lodging

Hofstra Law School Summer Program
Nice, France
July 5-20, 2003
transportation, food, lodging

The Independence Institute
Denver, Colorado
October 17-21, 2003
transportation, food, lodging

Japanese Society for Legal Studies,
Doshisa University, Hokkaido University,
University of Tokyo
Japan
January 30-February 10, 2003
transportation, food, lodging

Judge Advocate General's School
Charlottesville, Virginia
March 11, 2003
food

Law Center, Louisiana State University
Baton Rouge, Louisiana
October 24-27, 2003
transportation

Louisiana Purchase Bicentennial Celebration
New Orleans, Louisiana
December 19, 2003
transportation

The Mentor Group
Rome, Italy
September 15-21, 2003
transportation, food, lodging

University of Mississippi College of Law
University, Mississippi
April 9-10, 2003
transportation

National Constitution Center
Philadelphia, Pennsylvania
July 3-4, 2003
transportation

University of Pennsylvania Law School
Philadelphia, Pennsylvania
February 13, 2003
transportation, food, lodging

Pepperdine University Law School
Los Angeles, California
November 14-19. 2003
transportation

Seminars in Christian Leadership
Calvin College Prince Conference Center
Grand Rapids, Michigan
June 29-30, 2003
transportation, food, lodging

University of Toledo College of Law
Toledo, Ohio
March 17-18, 2003
transportation, food, lodging

Urban Family Council
Philadelphia, Pennsylvania
May 20-21, 2003
transportation

University of Western Ontario
London, Ontario
September 11-13, 2003
transportation, food, lodging

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SCALIA, Antonin | 5/15/04 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children.  See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Teachers Ins. Annuity Assn College Retirement Equities Fund, N.Y., N.Y. | none | | O | T | | | | | |
| 2 | | | | | | | | | |
| ~~Computer Horizons Corp.~~ | | | | | | | | | |
| 3 common stock | none | | J | T | | | | | |
| 4 Chevy Chase Bank FSB (checking account) | A | int. | K | T | | | | | |
| 5 Herley Industries Inc. (common stock) | none | | K | T | | | | | |
| 6 Mass. Mut. Part. Inv. (Common stock) | none | | J | T | | | | | |
| 7 ICOS Corp. (common stock) | none | | J | T | | | | | |
| 8 AXA Financial | A | div. | J | T | | | | | |
| 9 Motorola | A | div. | J | T | | | | | |
| 10 AFG Growth A | A | div. | K | T | | | | | |
| 11 AFG Inv. Co. of Amer. | A | div. | K | T | buy | 7/22 | J | | |
| 12 AFG Fund Inv. A | A | div. | K | T | | | | | |
| 13 AFG NewPer Fd A | A | div. | J | T | | | | | |
| 14 AFG Wash. Mut. Inv. A | A | div. | J | T | buy | 7/22 | J | | |
| 15 NY Securities Corp. (money market account | A | int. | J | T | buy | 7/22 | J | | |
| 16 AIBAX | A | div. | J | T | buy | 7/22 | J | | |
| 17 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date   5/15/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544